[No. 4667-II.   Division Two.   February 19, 1982.]

ROBERT CURRY, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 70081, J. Dean Morgan, J., entered March 14, 1980. *Affirmed* by unpublished opinion per Petrie, J., con-

curred in by Reed, C.J., and Petrich, J.